```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

            Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

            Defendants.

21 Civ. 303 (AT) (DCF)

**ORDER OF SERVICE**

ANALISA TORRES, District Judge:

      Plaintiff, currently detained at the Manhattan Detention Center (MDC), brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his rights. By order dated February 9, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[1]

      The Clerk of Court is directed to notify the New York City Department of Correction (DOC) and the New York City Law Department of this order. The Court requests that MDC Assistant Deputy Warden Sonya Harvey; Emergency Service Unit (ESU) Officers Moise, Hildago, and LaTrouche; Correction Officer Lisichkin; MDC Captains Dillard and Fersov; DOC Commissioner Cynthia Brann; and the City of New York waive service of summons.

      Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).
[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is also directed to substitute Defendant "ESU Officer" for "ESU Officer LaTrouche."

The Clerk of Court is further directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants MDC Assistant Deputy Warden Sonya Harvey; Emergency Service Unit (ESU) Officers Moise, Hildago, and LaTrouche; Correction Officer Lisichkin; MDC Captains Dillard and Fersov; DOC Commissioner Cynthia Brann; and the City of New York waive service of summons.

SO ORDERED.

Dated: February 10, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

the website, Plaintiff may request them from the Pro Se Intake Unit.