UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Gabino Genao

                           Plaintiff,                                  21-CV-00303 (AT) (VF)

         -against-                                      **ORDER**

City of New York et al.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The deadline for fact discovery in this action is hereby extended to **Tuesday, May 31, 2022.**

       **SO ORDERED.**

DATED:      New York, New York
                 May 5, 2022

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge