```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GABINO GENAO

                              Plaintiff,                    **21-CV-00303 (AT) (VF)**

           -against-                                       **ORDER**

CITY OF NEW YORK et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       As stated in the telephonic conference held for the above-captioned action on August 16, 2022, the summary judgment briefing deadlines are hereby set as follows:

| | |
|---|---|
| Defendants' Motion | September 30, 2022 |
| Plaintiff's Opposition | November 30, 2022 |
| Defendants' Reply | December 9, 2022 |

**SO ORDERED.**

DATED:    New York, New York
               August 16, 2022

                                                        _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge