**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

Gabino Genao

                              Plaintiff,                    **21-CV-00303 (AT) (VF)**

                -against-                                    **ORDER**

City of New York et al.,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        For the reasons stated at the discovery conferences held on May 5, 2022, May 19, 2022,

June 6, 2022, and August 16, 2022, and as indicated on the docket for Case No. 21-CV-00301

(Genao v. City of New York et al.),[1] the letter motions at ECF Nos. 40 and 58 are resolved.

Accordingly, the Clerk of Court is directed to terminate the motions at ECF Nos. 40 and 58.  **SO**

**ORDERED.**

DATED:      New York, New York
            September 16, 2022

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge

---

[1] See ECF No. 74.