**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Gabino Genao,

Plaintiff,                    **21-CV-00303 (AT) (VF)**

-against-                          **ORDER**

City of New York et al.,

Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 9, 2022, Defendant the City of New York (the "City") filed its Reply

Memorandum of Law in Support of Defendants' Motion for Summary Judgment. See ECF No.

85. In the filing, the City stated that the "incident [at issue in this case] was captured on video

from start to finish." Id. at 1. The City is directed to submit a copy of the video referenced to the

Court's email (FigueredoNYSDChambers@nysd.uscourts.gov) by April 18, 2023 at 5:00 p.m.

**SO ORDERED.**

DATED:      New York, New York
            April 11, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge