UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Gabino Genao,

                            Plaintiff,                    21-CV-00303 (AT) (VF)

             -against-                              **ORDER**

City of New York et al.,

                          Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendant the City of New York is directed to inform the Court of any information produced during the discovery period pertaining to the size and/or dimensions of Plaintiff's cell (Manhattan Detention Center 9 South, Cell 4) by no later than **5:00 p.m. on April 28, 2023.**

      **SO ORDERED.**

DATED:    New York, New York
               April 18, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge