```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

            Plaintiff,

-against-

CITY OF NEW YORK, WARDEN HARVEY, CAPTAIN DILLARD, CAPTAIN MOISE, OFFICER LISICHKIN, OFFICER HIDALGO, OFFICER LA TOUCHE, COMMISSIONER BRANN, OFFICER FERSOV,

            Defendants.

21 Civ. 303 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that the parties have discussed consenting to the Honorable Valerie Figueredo overseeing trial in this matter. Accordingly, by **September 21, 2023,** the parties shall confirm if they consent to Judge Figueredo's jurisdiction over all further proceedings. If the parties consent to Judge Figueredo's jurisdiction, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the docket. The parties are free to withhold consent without negative consequences.

    If the Court approves that form, all further proceedings, including trial, will then be conducted before Judge Figueredo rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

    SO ORDERED.

Dated: September 7, 2023
       New York, New York

ANALISA TORRES
United States District Judge