

www.pbwt.com

October 11, 2023

Julie Simeone
Counsel
(212) 336-2086
jsimeone@pbwt.com

**BY ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Genao v. City of New York, et al.*, Case No. 1:21-cv-00303-AT-VF

Dear Judge Figueredo:

    We represent Plaintiff Gabino Genao in the above-captioned matter. We write to request a brief extension of the conference scheduled for Tuesday, October 17, 2023 at 3:30pm. *See* Dkt. No. 113. On that day, counsel for Plaintiff is currently scheduled to be at a hearing in Broward County, Florida for a matter pending in Florida state court.

    We have consulted with counsel for Defendants, who does not oppose this request. The parties jointly provide their availability at the following times and can provide any additional information and/or availability at the Court's request:

- Monday, October 23, 9:00am-3:00pm
- Tuesday, October 24, 2:00pm-5:00pm
- Wednesday, October 25, 9:00am-3:00pm
- Thursday, October 26, 9:00am-12:00pm
- Thursday, November 2, 9:00am-5:00pm

    Thank you for your consideration.

Respectfully submitted,

*/s/ Julie Simeone*
Julie Simeone

---

**Application Granted**

Valerie Figueredo, U.S.M.J.
DATED: October 12, 2023

The conference is rescheduled to **Tuesday, October 24, 2023 at 2:00 p.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 114.

---

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222