UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Gabino Genao

                            Plaintiff,                              21-CV-00303 (VF)

            -against-                                    **ORDER**

City of New York et al.,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference on October 24, 2023, the deadline for Plaintiff to submit any expert reports or declarations is January 22, 2023. The deadline for Defendant the City of New York to submit any rebuttal expert reports or declarations is March 7, 2023. All expert discovery will close on March 31, 2023.

      In addition, fact discovery is re-opened for the limited purposes discussed at the conference. All fact discovery will close on March 31, 2023.

      SO ORDERED.

DATED:    New York, New York
               October 26, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge