UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GABINO GENAO,

                              Plaintiff,                        **21-CV-00303 (AT) (VF)**

          -against-                                        **ORDER**

CITY OF NEW YORK et al.,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference on June 13, 2024, the deadline for Defendants to submit letter briefing concerning a second summary judgment motion is **Friday, June 21, 2024**. The deadline for Plaintiff to submit any response is **Friday, July 5, 2024**.

      SO ORDERED.

DATED:    New York, New York
                June 13, 2024

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge